UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                       Case No. 19-CR-137

DEVON D. LIMMITT,

    Defendant.

___

## FINAL ORDER OF FORFEITURE AND JUDGMENT
___

The Court has considered the United States' Motion for Entry of a Final Order and Judgment of Forfeiture and supporting declaration of Assistant United States Attorney Gail J. Hoffman.

The Court is satisfied that no third party has filed a timely claim as to the Mossberg, model 500, 12 gauge shotgun, bearing serial number P783854, to which this Court has already entered a Preliminary Order of Forfeiture.

The Court is also satisfied, from the United States' motion and the papers and pleadings on file, that the United States has satisfied the terms and provisions of 18 U.S.C. § 924(d).

The Court therefore FORFEITS, under 18 U.S.C. § 924(d), the Mossberg, model 500, 12 gauge shotgun, bearing serial number P783854, to the United States of America and ORDERS that the United States has clear title to the Mossberg, model 500, 12 gauge shotgun, bearing serial number P783854, and that the United States may dispose of Mossberg, model 500, 12 gauge shotgun, bearing serial number P783854, according to law.

Dated at Milwaukee, Wisconsin, this 24th day of July, 2020.

s/Lynn Adelman
HONORABLE LYNN ADELMAN
United States District Judge